FILED
IN CLERKS OFFICE

2024 JUN 24 PM 1: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) 24cr10181 |
| CORBIN EICHNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INFORMATION

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The United States Attorney charges that:

From in or about April 2023 through on or about July 19, 2023, in Boston and North Andover in the District of Massachusetts, and elsewhere, the defendant,

CORBIN EICHNER,

conspired with others known and unknown, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, that 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to CORBIN EICHNER. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to CORBIN EICHNER.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of the offense, in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

## CORBIN EICHNER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following:

    a. $14,700 in U.S. currency, seized on or about July 19, 2023 from 472 Saratoga Street, Unit #3, Boston, Massachusetts.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant: --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: _____
K. Nathaniel Yeager
Assistant U.S. Attorney

Date: June 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed in-hand will be sent to both registered and non-registered participants.

By: _____
K. Nathaniel Yeager
Assistant U.S. Attorney

Date June 24, 2024