JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**               **Category No.** _II_                 **Investigating Agency** _DEA_

**City** _East Boston_              **Related Case Information:**

**County** _Suffolk_                Superseding Ind./ Inf. _____   Case No. _____
                                    Same Defendant _____   New Defendant _X_
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number  _23-MJ-8251; 23-MJ-8252_
                                    R 20/R 40 from District of _____

FILED IN CLERK'S OFFICE  2024 JUN 24 PM 1:51  U.S. DISTRICT COURT DISTRICT OF MASS.

**Defendant Information:**

Defendant Name  _Corbin Andrew Eichner_                      Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  _(City & State)_ _____

Birth date (Yr only): _1992_   SSN (last4#): _____   Sex _M_   Race: _Black_   Nationality: _____

**Defense Counsel if known:**  _William Keefe_          Address  _801C Tremont Street_
**Bar Number**  _N/A_                                            _Boston, MA 02118_

**U.S. Attorney Information:**

AUSA  _K. Nathaniel Yeager_                      Bar Number if applicable  _630992_

Interpreter:  ☐ Yes  ☑ No      List language and/or dialect:  _English_

Victims:  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  _06/24/2024_          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anthony KNIGHT

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)&(b)(1)(A) | PWID 500 or more grams of cocaine | 1 |
| Set 2 | 18 U.S.C. § 922(n) | Possession of a Firearm by Person Under Indictment | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____